UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS BIVIESCAS,<br><br>  Plaintiff,<br><br>  v.<br><br>NICK DOAN, et al.,<br><br>  Defendants. | No.  2: 16-cv-0451 KJN P<br><br>ORDER |

Plaintiff is proceeding, without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983.  On April 11, 2016, this action was stayed pending resolution of plaintiff's criminal charges.  (ECF No. 8.)  Plaintiff has not notified the court of the resolution of his criminal charges.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file a status report addressing the status of his criminal charges.

Dated:  October 26, 2021

Biv451.ord(2)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1