UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN HAMILTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY, et al.,<br><br>　　　　Defendants. | No.  2: 16-cv-0967 KJN P<br><br><br>ORDER |

　　　Plaintiff is proceeding, without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 25, 2016, plaintiff's claim for damages was stayed pending resolution of plaintiff's criminal charges.  (ECF No. 8.)  Plaintiff has not notified the court of the resolution of his criminal charges.

　　　Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file a status report addressing the status of his criminal charges.

Dated:  October 26, 2021

　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Ham967.sta(3)

1